IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 12-CV-00101-EJM |
| ) | |
| vs. ) | |
| ) | |
| MEGHAN E. SMITH; ) | |
| CITY OF MONTICELLO; and ) | |
| TRI-COUNTY BANK AND TRUST, a/k/a ) | |
| OHNWARD BANK AND TRUST, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING GOVERNMENT'S
## APPLICATION TO DISBURSE FUNDS

This matter coming on before the court pursuant to Government's Application to Disburse Funds, the Court finds and orders:

1. That this Court filed a Judgment and Decree of Foreclosure on February 6, 2013, ordering judgment in favor of the Plaintiff, United States of America, and against the defendants and the mortgaged premises.

2. That the Court ordered the Plaintiff's mortgage be foreclosed and a judicial sale be held pursuant to 28 U.S.C. §§ 2001-2003. The order further commanded the United States Marshal to sell the real estate.

3. On April 11, 2013, the subject real estate was sold by the United States Marshal's Service to Eldon Covington for $45,200.00.

4. On April 19, 2013, the United States Marshal's Service deposited with the Clerk of Court the above proceeds of the sale less legal fees incurred by virtue of the judicial sale, for a total deposit of $45,085.06.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of the United States District Court shall disburse $45,085.06, on deposit in the Registry Fund, through a check made payable to the United States Department of Justice and delivered to the United States Attorney for the Northern District of Iowa, to be applied to the Judgment.

June 17, 2013.

EDWARD J. McMANUS, JUDGE
UNITED STATES DISTRICT COURT